**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

LARRY WESLEY SANDERS III,

      Plaintiff,

v

EQUIFAX INFORMATION
SERVICES, LLC, EXPERIAN
INFORMATION SOLUTIONS, INC.,
and TRANS UNION LLC,

      Defendants.

Case No. 2:25-cv-12806-TGB-EAS

---

## NOTICE OF APPEARANCE

Erica J. Sarver, on behalf of Bodman PLC, hereby enters her appearance in the above-entitled matter on behalf of Defendant EXPERIAN INFORMATION SOLUTIONS, INC.

BODMAN PLC

By: /s/ *Erica J. Sarver*
    Erica J. Sarver (P80106)
    6th Floor at Ford Field
    1901 St. Antoine Street
    Detroit, Michigan 48226
    (313) 259-7777
    esarver@bodmanlaw.com
    *Attorney for Experian*

Dated:   June 17, 2026.

4926-5467-8197_1

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2026, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all parties and counsel of record.

/s/ Erica J. Sarver
Erica J. Sarver (P80106)

4926-5467-8197_1