**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| LARRY WESLEY SANDERS III,<br><br>        Plaintiff,<br><br>v<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION LLC,<br><br>        Defendants. | Case No. 2:25-cv-12806-TGB-EAS<br><br><br>**CONSOLIDATED WITH** |
| LARRY TYLER SANDERS,<br><br>        Plaintiff,<br><br>v<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION LLC,<br><br>        Defendants. | Case No. 2:25-cv-12818-TGB-EAS |

**AMENDED NOTICE OF APPEARANCE**

Erica J. Sarver, on behalf of Bodman PLC, hereby enters her appearance in the above-entitled matter on behalf of Defendant EXPERIAN INFORMATION SOLUTIONS, INC.

4926-5467-8197_1

BODMAN PLC

By: /s/ *Erica J. Sarver*
    Erica J. Sarver (P80106)
    6th Floor at Ford Field
    1901 St. Antoine Street
    Detroit, Michigan 48226
    (313) 259-7777
    esarver@bodmanlaw.com
    *Attorney for Experian*

Dated:   June 17, 2026.

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2026, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all parties and counsel of record.

/s/ *Erica J. Sarver*
Erica J. Sarver (P80106)