**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| Larry Wesley Sanders III, | ) | |
| Plaintiff, | ) ) ) | CASE NO. 2:25-cv-12806-TGB-EAS |
| v. | ) ) | |
| Equifax Information Services LLC; Experian Information Solutions, Inc.; and Trans Union LLC; | ) ) ) | |
| Defendants. | ) | **CONSOLIDATED WITH** |
| Larry Tyler Sanders, | ) | |
| Plaintiff, | ) ) ) | CASE NO. 2:25-cv-12818-TGB-EAS |
| v. | ) ) | |
| Equifax Information Services LLC; Experian Information Solutions, Inc.; and Trans Union LLC; | ) ) ) | |
| Defendants. | ) | |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL (J. KLEIST)

Defendant Experian Information Solutions, Inc. ("Experian") respectfully requests that the Court grant Jordan Kleist of Jones Day leave to withdraw as counsel for Experian. Going forward, Erica J. Sarver of Bodman PLC will serve as counsel for Experian.

Pursuant to Local Rule 7.1, the undersigned contacted the other parties in this case to explain the nature of this motion and that withdrawal requires Court approval pursuant to Local Rule 83.25(b)(2).

WHEREFORE, Experian respectfully requests that this Court enter an order allowing Jordan Kleist to withdraw as counsel for Experian Information Solutions, Inc. and terminating him from the docket and ECF notifications in this case.

Dated: June 24, 2026

/s/ *Jordan J. Kleist*
Jordan J. Kleist
Jones Day
90 South Seventh Street, Suite 4950
Minneapolis, MN 55402
Telephone: (612) 217-8800
jkleist@jonesday.com

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2026, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notice of such filing and effectuate service upon all counsel of record.

Dated: June 24, 2026

/s/ *Jordan J. Kleist*
Jordan J. Kleist