**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| Larry Wesley Sanders III, | ) | |
| Plaintiff, | ) ) ) | CASE NO. 2:25-cv-12806-TGB-EAS |
| v. | ) ) | |
| Equifax Information Services LLC; | ) | |
| Experian Information Solutions, Inc.; | ) | |
| and Trans Union LLC; | ) | |
| Defendants. | | **CONSOLIDATED WITH** |
| Larry Tyler Sanders, | ) | |
| Plaintiff, | ) ) ) | CASE NO. 2:25-cv-12818-TGB-EAS |
| v. | ) ) | |
| Equifax Information Services LLC; | ) | |
| Experian Information Solutions, Inc.; | ) | |
| and Trans Union LLC; | ) | |
| Defendants. | | |

## <u>ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL (JORDAN KLEIST)</u>

This matter is before the Court upon the Motion of Defendant Experian Information Solutions, Inc. ("Experian") to grant Jordan Kleist of Jones Day leave to withdraw as counsel for Experian in the above-captioned case.

Having reviewed the submissions of the parties, and for good cause shown, the Court hereby ORDERS that the Motion be granted.

**IT IS SO ORDERED.**

Dated: June 24, 2026

s/Terrence G. Berg_____
Hon. Terrence G. Berg
United States District Court Judge